# EXHIBIT D




ServeCo North America
2,044 followers
4mo • Edited •

+ Follow

Innovation starts with collaboration and execution.

This week, we had the opportunity to host the team from RC Willey at our ServeCo North America home office in Cartersville Georgia for our new ACT Vision Mattress Inspection Implementation Workshop.

The workshop was a great opportunity to collaborate, share ideas, and showcase how ACT Vision is helping improve the inspection process through technology, efficiency, and innovation.

We appreciated the time spent together and the continued partnership as we work toward delivering better service experiences for our customers and retail partners.

Looking forward to what's ahead.
Tony Milano
Christopher Schall
Toni Milano
#serveco

17 · 2 reposts

Like Comment Repost Send

Add a comment...



ServeCo North America
2,044 followers
1mo • Edited •

+ Follow

If you're attending Las Vegas Market | ANDMORE®, stop by the Symphony Sleep showroom and visit Tony Milano and Christopher Schall for a live demonstration of ACT™ Vision.

ACT™ Vision is helping transform the mattress inspection process with guided inspections, standardized documentation, detailed reporting, and a more consistent experience for retailers, manufacturers, technicians, and consumers.

Smarter. Stronger. Service

28 · 1 comment · 2 reposts

Like Comment Repost Send

Add a comment...

Most relevant

Jasmine Sakic • 3rd+ · 1mo
CUSTOMER EXPERIENCE & OPERATIONS LEA...

Congrats to you all!
This is amazing!

Like Reply




**ServeCo North America**
2,044 followers
1mo • Edited •

+ Follow

If you're attending Las Vegas Market | ANDMORE®, stop by the Symphony Sleep showroom and visit Tony Milano and Christopher Schall for a live demonstration of ACT™ Vision.

ACT™ Vision is helping transform the mattress inspection process with guided inspections, standardized documentation, detailed reporting, and a more consistent experience for retailers, manufacturers, technicians, and consumers.

Smarter. Stronger. Service

28 · 1 comment · 2 reposts

Like Comment Repost Send

Add a comment...

Most relevant

**Jasmine Sakic** • 3rd+ · 1mo
CUSTOMER EXPERIENCE & OPERATIONS LEA...

Congrats to you all!
This is amazing!

Like Reply




**ServeCo North America** + Follow

2,044 followers

7mo • Edited •

Innovation does not always announce itself.

At ServeCo, we are exploring more precise and thoughtful ways to support service, rethinking legacy processes and challenging what has long been considered standard.

ACT Vision is one example of that direction. A glimpse into how mattress inspections can move beyond manual tools and toward greater clarity, accuracy, and consistency. It is early, but the path forward is becoming clear.

Great connecting with Kevin Split from CITY HOME and the team at Symphony Sleep during the demo and conversations at Market.

If this sparks curiosity and you are here at Las Vegas Market | ANDMORE®, Andrew and Tony would be glad to connect and continue the conversation.

Andrew Dolski | drewd@serveco.com
Tony Milano | tonym@serveco.com

23 2 reposts

Like Comment Repost Send

Add a comment...

**ServeCo North America**
2,044 followers
3mo • Edited •

+ Follow ···

This week we had the opportunity to visit Guatemala and experience firsthand the incredible hospitality, professionalism, and commitment to innovation that exists within the furniture industry.

A special thank you to Facenco Guatemala for welcoming us and allowing the ServeCo™ team to demonstrate our ACT-Vision™ Mattress Inspection Technology.

It was a pleasure showcasing how AI-powered inspection solutions can help improve accuracy, efficiency, and the overall customer experience. The future of service is driven by technology, collaboration, and strong partnerships.

We appreciate the opportunity to share our vision and look forward to continuing to work together to advance the industry.

Thank you again to everyone at Facenco Guatemala for your warm hospitality and support.

Tony Milano
Toni Milano
ServeCo North America

