# EXHIBIT G

Exhibit G is an un-scannable video incapable of electronic filing which has been sent to the Clerk of Court for filing.