**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GUMERSINDO MARTINEZ, | : |
| | : |
| | : |
| Plaintiff, | : Civil Action File No.: 1:26-cv-05875-MLB |
| vs. | : |
| | : |
| SERVECO NORTH AMERICA, LLC, TONY MILANO, TONI MILANO, CHRIS SCHALL, and MICHELE ZANIN, | : |
| | : |
| Defendants. | : |

**CERTIFICATION OF NOTICE PURSUANT TO FED. R. Civ. P. 65**

Pursuant to Fed. R. Civ. P. 65, Gumersindo Martinez ("Plaintiff") via undersigned counsel, hereby provides notice to the Court certifying that ServeCo North America, LLC, Tony Milano, Toni Milano, Chris Schall, and Michele Zanin (Collectively "Defendants") have been notified of Plaintiff's Motion for Temporary Restraining Order via UPS of the Motion sent October 14, 2026.

Due to the reasons set forth by the Motion and Exhibits supporting the Plaintiff's Motion for Temporary Restraining Order, Plaintiff will risk irreparable and immediate damage if a temporary restraining order is not entered to stop Defendants' activities as it relates to the infringement of Plaintiff's patent. Defendants' activities will create permanent and irreparable injury to Plaintiff by their continued use, including but not limited to the creation of confusion within the

market regarding the owner of the Product as a result Defendant's continued advertisement, production, training, distribution, and sale of the product. Permanent and irreparable injury may have already occurred to the extent that Defendants have already sold the Product without his knowledge or consent. Plaintiff has shown that he is the exclusive owner of the patented product and has not implicitly or explicitly provided a license of any kind to Respondent. *See* Plaintiff's Motion for Temporary Restraining Order. Notice, while already given, should not be required due to the extent of damages Plaintiff faces should Defendants' actions not be enjoined.

Respectfully submitted this 14th day of October, 2026.

**SUTTON LAW GROUP, LLC**

Darrell L. Sutton
Ga. Bar No.: 693484
Samuel M. Lyon
Ga. Bar No.: 921804
Andrew E. Valbuena
Ga. Bar No.: 579175
*Attorneys for Applicant*

351 Washington Avenue, Suite 300
Marietta, Georgia
(678) 529-6180
dls@sutton-law-group.com
sml@sutton-law-group.com
aev@sutton-law-group.com

**CERTIFICATION:** The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font and a 1-inch top margin in accordance with LR 5.1(B), (D) N.D. Ga.

**AI CERTIFICATION:** The above-signed counsel hereby certifies that all portions of this document influenced by AI was personally reviewed by the above-signed counsel to confirm accuracy, and that all legal citations reference actual, non-fictitious cases or cited authority and accurately reflect the contents of such authority.