**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Gumersindo Martinez,

Plaintiff,

v.

Serveco North America, LLC,
et al,

Defendants.

Case No. 1:26-cv-5875-MLB

______________________________/

# ORDER

The Court **SETS** a hearing on Plaintiff's Motion for Preliminary Injunctive Relief and Temporary Restraining Order (Dkt. 7) for October 21, 2026, at 2:00 p.m., to take place before the Honorable Michael L. Brown, in Courtroom 1906, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. Counsel for Plaintiff and Defendant must attend. The Court **ORDERS** Plaintiff to promptly notify Defendant of the hearing and to promptly send Defendant a copy of the complaint and pending motion.

**SO ORDERED** this 15th day of October, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE