**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| GUMERSINDO MARTINEZ,<br><br>Plaintiff,<br>vs.<br><br>SERVECO NORTH AMERICA, LLC, TONY MILANO, TONI MILANO, CHRIS SCHALL, and MICHELE ZANIN,<br><br>Defendants. | : | Civil Action File No.: 1:26-cv-05875-MLB |

**NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE**

COMES NOW, Gumersindo Martinez ("Plaintiff") via undersigned counsel and notifies the Court about the withdrawal of his Motion for Temporary Restraining Order and related filings [ECF No. 7]. This withdrawal is without prejudice to Plaintiff's ability to later seek a temporary restraining order, preliminary injunction, or other appropriate relief.

Considering this withdrawal, Plaintiff requests that the hearing set for October 21, 2026, at 11:00 AM EST be converted into a status conference. Plaintiff's counsel has notified Defendants' counsel, via email, of this notice of withdrawal and counsel have conferred about whether this Notice can be provided by Consent but were unable to reach agreement to do so.

Respectfully submitted this 21st day of October, 2026.

**SUTTON LAW GROUP, LLC**

/s/ Darrell Sutton

Darrell L. Sutton
Ga. Bar No.: 693484
Samuel M. Lyon
Ga. Bar No.: 921804
Andrew E. Valbuena
Ga. Bar No.: 579175
*Attorneys for Applicant*

351 Washington Avenue, Suite 300
Marietta, Georgia
(678) 529-6180
dls@sutton-law-group.com
sml@sutton-law-group.com
aev@sutton-law-group.com

**CERTIFICATION:** The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font and a 1-inch top margin in accordance with LR 7.1(D) N.D. Ga.

**AI CERTIFICATION:** The above-signed counsel hereby certifies that any portion of this document influenced by AI was personally reviewed by the above-signed counsel to confirm accuracy, and that all legal citations reference actual, non-fictitious cases or cited authority and accurately reflect the contents of such authority.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| GUMERSINDO MARTINEZ, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action File No.: 1:26-cv-05875-MLB |
| vs. | : | |
| | : | |
| SERVECO NORTH AMERICA, | : | |
| LLC, TONY MILANO, TONI | : | |
| MILANO, CHRIS SCHALL, and | : | |
| MICHELE ZANIN, | : | |
| | : | |
| Defendants. | : | |

The undersigned attorney does hereby certify that a true and correct copy of the foregoing *NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE* was duly served upon all counsel of record herein by serving a copy of same addressed as follows:

Shane Nichols
Warren J. Thomas
Lee G. Hamilton
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
snichols@mcciplaw.com
wthomas@mcciplaw.com
lhamilton@mcciplaw.com

This 21st day of October, 2026.

/s/ Darrell Sutton
Darrell L. Sutton