**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| GUMERSINDO MARTINEZ, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action File No.: 1:26-cv-05875-MLB |
| vs. | : | |
| | : | |
| SERVECO NORTH AMERICA, LLC, TONY MILANO, TONI MILANO, CHRIS SCHALL, and MICHELE ZANIN, | : | |
| | : | |
| Defendants. | : | |

**MOTION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE**

COMES NOW, Gumersindo Martinez ("Plaintiff") via undersigned counsel and moves the Court to withdraw his Motion for Temporary Restraining Order and related filings [ECF No. 7] without prejudice. As outlined in the attached Order, this withdrawal is without prejudice to Plaintiff's ability to later seek a temporary restraining order, preliminary injunction, or other appropriate relief.

Respectfully submitted this 21st day of October, 2026.

*[signature on following page]*

**SUTTON LAW GROUP, LLC**

/s/ Darrell Sutton
Darrell L. Sutton
Ga. Bar No.: 693484
Samuel M. Lyon
Ga. Bar No.: 921804
Andrew E. Valbuena
Ga. Bar No.: 579175
*Attorneys for Plaintiff*

351 Washington Avenue, Suite 300
Marietta, Georgia
(678) 529-6180
dls@sutton-law-group.com
sml@sutton-law-group.com
aev@sutton-law-group.com

**CERTIFICATION:** The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font and a 1-inch top margin in accordance with LR 7.1(D) N.D. Ga.

**AI CERTIFICATION:** The above-signed counsel hereby certifies that any portion of this document influenced by AI was personally reviewed by the above-signed counsel to confirm accuracy, and that all legal citations reference actual, non-fictitious cases or cited authority and accurately reflect the contents of such authority.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| GUMERSINDO MARTINEZ, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action File No.: 1:26-cv-05875-MLB |
| vs. | : | |
| | : | |
| SERVECO NORTH AMERICA, LLC, TONY MILANO, TONI MILANO, CHRIS SCHALL, and MICHELE ZANIN, | : | |
| | : | |
| Defendants. | : | |

The undersigned attorney does hereby certify that a true and correct copy of the foregoing *MOTION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE* was duly served upon all counsel of record herein by serving a copy of same addressed as follows:

Shane Nichols
Warren J. Thomas
Lee G. Hamilton
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
snichols@mcciplaw.com
wthomas@mcciplaw.com
lhamilton@mcciplaw.com

This 21st day of October, 2026.

/s/ Darrell Sutton
Darrell L. Sutton