# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:26-cv-05875-MLB**
**Martinez v. Serveco North America, LLC et al**
**Honorable Michael L. Brown**

---

Minute Sheet for proceedings held In Open Court on 10/21/2026.

TIME COURT COMMENCED: 11:35 A.M.
TIME COURT CONCLUDED: 11:40 A.M.
TIME IN COURT: 00:05
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
DEPUTY CLERK: Jessica Kelley

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Samuel Lyon representing Gumersindo Martinez<br>Alan Nichols representing Serveco North America, LLC<br>Alan Nichols representing Chris Schall<br>Alan Nichols representing Michele Zanin<br>Alan Nichols representing Toni Milano<br>Alan Nichols representing Tony Milano<br>Darrell Sutton representing Gumersindo Martinez<br>Warren Thomas representing Serveco North America, LLC<br>Warren Thomas representing Chris Schall<br>Warren Thomas representing Michele Zanin<br>Warren Thomas representing Toni Milano<br>Warren Thomas representing Tony Milano<br>Andrew Valbuena representing Gumersindo Martinez |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Motion hearing held. |
| HEARING STATUS: | Hearing Concluded |