**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GUMERSINDO MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>SERVECO NORTH AMERICA, LLC, TONY MILANO, TONI MILANO, CHRIS SCHALL, and MICHELE ZANIN,<br><br>Defendants. | Civil Action No. 1:26-cv-05875-MLB |

# DEFENDANTS' UNOPPOSED MOTION FOR EXTENSON OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant ServeCo North America, LLC ("ServeCo") and Defendants Tony Milano, Toni Milano, Chris Schall, and Michele Zanin (the "Individual Defendants," and with ServeCo, "Defendants"), by and through their undersigned counsel, hereby move this Court for an order extending the time for Defendants to answer or otherwise respond to the Complaint by 20 days, up to and including November 30, 2026. As grounds for this motion, Defendants state as follows:

1. On October 6, 2026, Defendant ServeCo filed a complaint in the Rome Division of this Court for declaratory judgment of non-infringement and invalidity,

in connection with the same patent and same accused product implicated in this action.

2. On October 12, 20206 Plaintiff Gumersindo Martinez ("Martinez") commenced this action (Dkt. 1).

3. Defendant ServeCo's registered agent was served with the Complaint on October 19, 2026. Undersigned counsel understands from counsel for Mr. Martinez that service of the Complaint has not been made on any of the Individual Defendants.

4. Although no executed proof of service of the Complaint on any Defendant has been filed, the current deadline for Defendant ServeCo to answer or otherwise respond to Martinez's Complaint is November 9, 2026.

5. The parties have engaged and continue to engage in good faith discussions regarding the proper venue in which to proceed, because of the essentially identical action previously filed in the Rome Division of this Court.

6. To enable those discussions to continue, Defendants respectfully request a 20-day extension of time to answer or otherwise respond to the Complaint, up to and including November 30. Martinez has consented to the requested extension of time.

7. This is the first request for an extension of time to answer or otherwise respond to the Complaint and the granting of this motion will not prejudice any of the parties to this action.

Accordingly, Defendants respectfully request that the Court grant this motion for a 20-day extension of time to respond to the Complaint, up to and including November 30, 2026. A proposed order is attached.

Respectfully submitted this 9th day of November 2026.

/s/ *Warren J. Thomas*
A. Shane Nichols, GA State Bar No. 542654
Warren J. Thomas, GA Bar No. 164714
Lee G. Hamilton, GA Bar No. 139644
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street N.E., Suite 1300
Atlanta, Georgia 30309
Telephone: (404) 645-7700
*snichols@mcciplaw.com*
*wthomas@mcciplaw.com*
*lhamilton@mcciplaw.com*

*Counsel for Defendants ServeCo North America, LLC, Tony Milano, Toni Milano, Chris Schall, and Michele Zanin*

## LOCAL RULE 7.1(D) CERTIFICATION

Pursuant to LR 7.1(D), I certify that this brief has been prepared with one of the font and point selections approved by the Court in LR 5.1.

Dated: November 9, 2026 /s/ *Warren J. Thomas*

## GENERATIVE ARTIFICIAL INTELLIGENCE CERTIFICATION

Pursuant to the Court's October 8, 2026, Standing Order Regarding Civil Litigation, I certify that if generative AI was used in the drafting or preparation of this filing, then any portion of this filing influenced by AI was personally reviewed by the me for accuracy and that all legal citations reference actual, non-fictitious cases or cited authority and accurately reflect the contents of such authority.

/s/ Warren J. Thomas